# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>ONE 2012 GMC TERRAIN<br><br>Defendant(s). | CASE NO.<br>2:19-cv-05554-DSF-PLA<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before March 13, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: February 14, 2020

    /s/ *Dale S. Fischer*
    Dale S. Fischer
    United States District Judge